UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC -1  A 9: 46

SUSAN NG-VECCHI,              :    CIVIL NO.  3:00CV2005(AHN)
                              :
         Plaintiff,           :
                              :
    v.                        :
                              :
JOHN W. SNOW, SECRETARY OF    :
THE TREASURY,                 :
in his official capacity,     :
                              :
         Defendant.           :
                              :    November 26, 2003

MOTION TO ENLARGE TIME TO FILE DISPOSITIVE MOTION

The defendant, with consent of counsel for plaintiff, hereby requests an enlargement of time until December 22, 2003, to file a dispositive motion for summary judgment and/or dismissal of all counts of the complaint in this matter.

By endorsement order on March 28, 2003, the Court approved the parties' request to extend the deadline for the filing of dispositive motions until 30 days after the conclusion of settlement negotiations with Magistrate Judge Fitzsimmons. See dkt # 39.

On October 27, 2003, the Court held a pretrial conference regarding the defendant's offer of judgment dated September 30, 2003, and whether plaintiff would accept the offer. Counsel for plaintiff, Attorney John Williams, requested additional time to consult with plaintiff which was granted by the Court.

12/02/03. GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.