UNITED STATES DISTRICT COURT

**FILED**

DISTRICT OF CONNECTICUT

2004 JAN 12  A 10: 14

US DISTRICT COURT

CIVIL NO. 3:00CV2005(AHN)

SUSAN NG-VECCHI,

   Plaintiff,

  V.

JOHN W. SNOW, SECRETARY OF
THE TREASURY
in his official capacity,

   Defendant.

DECEMBER 22, 2003

## STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between the Plaintiff, Susan Ng-Vecchi ("PLAINTIFF"), acting on behalf of herself and her husband John Vecchi, and the Defendant, John W. Snow, Secretary of the Treasury, by and through their respective attorneys, that the parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein:

## I. RECITALS

WHEREAS, PLAINTIFF brought a civil action against DEFENDANT in the United States District Court for the District of Connecticut asserting, *inter alia*, a claim of harassment, discrimination and retaliation pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e, *et seq.*, as more fully described in the above-captioned civil action;

WHEREAS, in recognition of the uncertainty inherent in litigation and the costs thereof, PLAINTIFF and DEFENDANT ("PARTIES") desire to resolve this litigation and all disputes between them on terms that are mutually agreeable.