UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN NG-VECCHI, | : | CIVIL NO. 3:00CV2005(AHN) |
| Plaintiff, | : | |
| v. | : | |
| JOHN W. SNOW, SECRETARY OF THE TREASURY, in his official capacity, | : | |
| Defendant. | : | |
| | : | March 8, 2004 |

STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate that, in accordance with the terms of the Stipulation for Compromise Settlement approved by the Court on January 28, 2004, the above-captioned matter may be dismissed with prejudice.

                                                    Respectfully submitted,

_____

JOHN R. WILLIAMS, ESQ.  
Counsel for Plaintiff  
51 Elm Street, Suite 409  
New Haven, CT 06510  
Fax: (203) 776-9494

DEFENDANT JOHN W. SNOW  
SECRETARY OF THE TREASURY

KEVIN J. O'CONNOR  
UNITED STATES ATTORNEY

_____

WILLIAM M. BROWN, JR.  
ASSISTANT U.S. ATTORNEY  
P.O. BOX 1824  
NEW HAVEN, CT  06508  
(203) 821-3700  
(203) 773-5373  
FEDERAL BAR NO. ct20813