56

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RECEIVED
04 MAR 16 AM 8:45
U.S. ATTORNEY'S OFFICE
NEW HAVEN CONNECTICUT

FILED
2004 MAR 26 P 3:48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

FILED
2004 MAR 29 P 2:40
U.S. DISTRICT COURT
BRIDGEPORT, CONN

SUSAN NG-VECCHI,

       Plaintiff,

   v.

JOHN W. SNOW, SECRETARY OF
THE TREASURY,
in his official capacity,

       Defendant.

NO.   3:00CV2005 (AHN)

March 8, 2004

STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties hereby stipulate that, in accordance with the terms of the Stipulation for Compromise Settlement approved by the Court on January 28, 2004, the above-captioned matter may be dismissed with prejudice.

3/29/04. APPROVED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.

JOHN R. WILLIAMS, ESQ.
Counsel for Plaintiff
51 Elm Street, Suite 409
New Haven, CT 06510
Fax: (203) 776-9494

Respectfully submitted,

DEFENDANT JOHN W. SNOW
SECRETARY OF THE TREASURY

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

WILLIAM M. BROWN, JR.
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT   06508
(203) 821-3700
(203) 773-5373
FEDERAL BAR NO. ct20813